| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: __7/17/2020__ |

------------------------------------------------------------------- x
AMELIO, ET AL.,                                              :
                                                             :
                       **Plaintiffs,**   :
                                                             :    **19-cv-08761 (ALC)**
     -against-                                            :
                                                             :    **ORDER**
QUICKEN LOANS, INC., ET AL.,                                 :
                                                             :
                       **Defendants.**  :
                                                             :
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of Plaintiffs response to the Court's Order to Show Cause. ECF No. 8. The Court hereby GRANTS Plaintiffs' request for an extension of time to serve. Plaintiffs are directed to file proof of service by or before October 4, 2020.

**Dated:**      **New York, New York**
               **July 17, 2020**

                                                      _____
                                                      **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**