UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Alfonso Amelio and Carmine Amelio,                                          Index No.  19-cv-08761-ALC

                                 Plaintiffs,

                 -against-

McCabe, Weisberg & Conway, P.C.; Fein Such & Crane, LLP;
Seterus, Inc.; Ocwen Loan Servicing, LLC; OneWest Bank,
N.A.; Quicken Loans, Inc,; Federal National Mortgage
Association; Concrete Properties, LLC; and Sandelands Eyet,
LLP,

                                 Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, PHH Mortgage Corporation s/h/a Ocwen Loan Servicing, LLC, hereby states that PHH Mortgage Corporation is a wholly owned subsidiary of PHH Corporation.  Ocwen Financial Corporation owns 100% of the common stock of PHH Corporation.  Ocwen Financial Corporation is a publicly traded corporation, with no entity owning more than 10% of its stock.

Dated: New York, New York
          November 9, 2020

                                          **BLANK ROME LLP**

                              By:   s/Timothy Wm. Salter
                                    Timothy W. Salter, Esq.
                                    BLANK ROME LLP
                                    1271 Avenue of the Americas
                                    New York, New York 10020
                                    Telephone: (212) 885-5218
                                    tsalter@blankrome.com
                                    *Attorneys for PHH Mortgage Corporation*
                                    *s/h/a Ocwen Loan Servicing, LLC*