Charles Jeanfreau, Esq.
MCCALLA RAYMER LEIBERT PIERCE, LLC
420 Lexington Avenue, Suite 840
New York, NY 10170
Telephone: 347-286-7409
*Attorneys for Defendants, Seterus, Inc.,*
*OneWest Bank, N.A.; and*
*Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alfonso Amelio and Carmine Amelio<br><br>Plaintiff,<br><br>v.<br><br>McCabe, Weisberg & Conway, P.C.; Fein Such & Crane, LLP; Seterus, Inc.; Ocwen Loan Servicing, LLC; OneWest Bank, N.A.; Quicken Loans, Inc.; Federal National Mortgage Association; Concrete Properties, LLC; and Sandelands Eyet, LLP<br><br>Defendants | 19-CV-08761-ALC |

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Seterus, Inc., OneWest Bank, N.A., and Federal National Mortgage Association submit the following Rule 7.1 Disclosure Statement that identifies with regard to all non-governmental corporate parties, any parent corporation or any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

### I. Corporate Disclosure Statement

Defendant Federal National Mortgage Association is a federally chartered corporation that does not have a parent corporation.

OneWest Bank, N.A. ("OneWest") was acquired by CIT Group Inc., on August 3, 2015. CIT Group, Inc. is a publicly-traded corporation.

Seterus, Inc., ("Seterus") was acquired by Nationstar Mortgage, LLC a Delaware limited liability company, on February 28, 2019. Nationstar is an indirect, wholly-owned subsidiary of a publicly traded company, Mr. Cooper Group, Inc. (formerly known as WMIH Corp.) ("Mr. Cooper"), a Delaware corporation. Nationstar is directly owned by two entities: (1) Nationstar Sub1 LLC ("*Sub1*") (99%) and (2) Nationstar Sub2 LLC ("*Sub2*"), (1%). Both Sub1 and Sub2 are Delaware limited liability companies. Sub 1 and Sub2 are both 100% owned by Nationstar Mortgage Holdings, Inc. ("*NSM Holdings*"). NSM Holdings is a wholly-owned subsidiary of Mr. Cooper. More than 10% of the stock of Mr. Cooper is owned by KKR Wand Investors Corporation, a Cayman Islands corporation.

Respectfully submitted,

MCCALLA RAYMER LEIBERT PIERCE, LLC
*Attorneys for Seterus, Inc., OneWest Bank, N.A.; and Federal National Mortgage Association*

Dated: November 18, 2020

By: _____
Charles H. Jeanfreau Esq.