**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x
    **AMELIO ET AL.,**

                  **Plaintiffs,**

          -against-

    **QUICKEN LOANS, INC. ET AL.,**

                  **Defendants.**
------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: April 26, 2021

**1:19-cv-08761 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of certain Defendants' pre-motion conference letters concerning their anticipated motions to dismiss. *See* ECF Nos. 21, 26, 30, 34. Upon review of the submissions, the requests for a pre-motion conference are hereby **GRANTED**.

    The Court will hold the conference on **Wednesday, May 19, 2021 at 3:00PM**. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660). Defendants are directed to serve a copy of this Order on Plaintiffs, and file proof of service on ECF, by April 30, 2021.

**SO ORDERED.**

Dated:    April 26, 2021
             New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**