```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __May 19, 2021__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AMELIO, ET AL.,

        *Plaintiffs*,

v.

QUICKEN LOANS, INC., ET AL.,

        *Defendants*.

Case No. 1:19-CV-8761 (ALC)

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Levi W. Swank, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia and the Commonwealth of Virginia; and that his contact information is as follows:

> Levi W. Swank
> **GOODWIN PROCTER LLP**
> 1900 N Street, N.W.
> Washington, DC 20036-1612
> Tel.: (202) 346-4131
> Fax: (202) 346-4444
> Email: lswank@goodwinlaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Quicken Loans, LLC (f/k/a Quicken Loans, Inc.) in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: May 19, 2021
New York, New York

The Honorable Andrew L. Carter, Jr.
U.S.D.J.