USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/9/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **AMELIO, ET AL.,**   **Plaintiffs,**   -against-   **QUICKEN LOANS, ET AL.,**   **Defendants.** | **19-CV-8761 (ALC)**   **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiffs' request for an extension to respond to Defendants' pre-motion conference letters regarding their intended motions to dismiss from June 30, 2021 to July 21, 2021. ECF No. 47. However, it does not appear that the Court has received Plaintiffs' documentation of medical issues to support their extension request. Plaintiffs may file the medical documentation under seal and should do so no later than **July 14, 2021**. The Court will temporarily hold the joint status report deadline, currently July 14, 2021, until a decision on the pending extension request is made. Defendants should serve a copy of this Order on Plaintiffs, and file proof of service, no later than **July 12, 2021**.

**SO ORDERED.**

**Dated:** **July 9, 2021**
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**