```
UNITED STATES DISTRICT COURT                          USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                         DOCUMENT
                                                      ELECTRONICALLY FILED
------------------------------------------------- x   DOC#: _____
Alfonso Amelio et al.,                            :   DATE FILED: Nov. 4, 2021
                                                  :
                      Plaintiffs,                 :
                                                  :
          -against-                               :   ORDER
                                                  :
                                                  :   1:19-CV-8761-ALC
Quicken Loans, et al.,                            :
                                                  :
                      Defendants.                 :
                                                  :
------------------------------------------------- x
```

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the parties' pre-motion conference letters in connection with certain Defendants' intended motion(s) to dismiss the Second Amended Complaint. ECF Nos. 18, 21, 26, 30, 34, 54-58. Upon review of the submissions, the Court sees no need to hold another pre-motion conference. That request was previously granted and was held on May 19, 2021. ECF Nos. 38. However, Defendants' outstanding requests for leave to file their motion(s) to dismiss is **GRANTED**. Accordingly, the parties are directed to meet and confer on a proposed briefing schedule and submit such schedule to the Court for approval no later than **November 12, 2021**. Defendants are directed to serve a copy of this Order on Plaintiffs, and file proof of service on ECF, no later than **November 5, 2021**.

**SO ORDERED.**

**Dated:** Nov. 4, 2021
New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**