```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Nov. 30, 2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Alfonso Amelio et al.,

                             **Plaintiffs,**

     against

Quicken Loans, Inc., et al.,

                             **Defendants.**

**19-CV-8761-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Plaintiffs' letters in response to the Court's November 5, 2021 Order to Show Cause for failure to prosecute as to Defendants Concrete Properties, LLC and Sandelands Eyet LLP. ECF Nos. 66, 68. Plaintiffs state that they seek a two-week extension of time "to obtain clerk's certificate of default for Concrete Properties, LLC, and dismissal, without prejudice, for Sandelands Eyet LLP." *Id.* In their supplemental letter dated November 29, 2021, Plaintiffs attached exhibits that they assert "are the proposed motions to satisfy the Order to Show Cause." ECF Nos. 68. Exhibits A and B appear to be "Plaintiffs' motion for entry of default pursuant to FRCP 55(a)" as to Concrete Properties and Sandelands Eyet, respectively. *Id.*

      Accordingly, Plaintiffs' extension request is hereby **GRANTED**. Plaintiffs shall obtain a clerk's certificate of default on or before **December 14, 2021.** The Clerk of Court is also respectfully instructed to review and process Plaintiffs' application for a clerk's certificate of default as to Defendants Concrete Properties, LLC and Sandelands Eyet LLP. *See* ECF No. 68 at 5-39. To the extent Plaintiffs seek default judgment as to these defendants under Rule 55(b) of the Federal Rules of Civil Procedure, the motion is **DENIED**. Plaintiffs have not complied with Local Civil Rule 55.2.

**SO ORDERED.**

**Dated**:  November 30, 2021
           New York, New York

                                              */s/ Andrew L. Carter, Jr.*
                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**