```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Nov. 30, 2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Alfonso Amelio, et al.,

                          **Plaintiffs,**

   against

Quicken Loans, Inc. et al.,

                         **Defendants.**

**19-CV-8761-ALC**

**ORDER TO STRIKE**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Clerk of Court is respectfully requested to strike Plaintiffs' supplemental letter dated November 29, 2021 at ECF No. 67 from the docket. A duplicate letter was filed at ECF No. 68.

**SO ORDERED.**

**Dated**:  November 30, 2021
        New York, New York

                                                   _____
                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**