**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___Nov. 30, 2021___

Alfonso Amelio, et al.,

                                        **Plaintiffs,**

                    **against**

Quicken Loans, Inc. et al.,

                                        **Defendants.**

**19-CV-8761-ALC**

**ORDER OF SERVICE**

**ANDREW L. CARTER, JR., United States District Judge:**

        Defendants are hereby **ORDERED** to serve a copy of this Order, as well as my prior two orders dated November 30, 2021 (ECF Nos. 69 and 70) on Plaintiffs and file proof of service on ECF on or before **December 2, 2021**.

**SO ORDERED.**

 **Dated**:  November 30, 2021
            New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**