```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Jan. 13, 2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Alfonso Amelio, et al.,

                          **Plaintiffs,**

      against

Quicken Loans, Inc., et al.,

                          **Defendants.**

**1:19-CV-8761-ALC**

**ORDER GRANTING**
**SUBSTITUTION OF ATTORNEY**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the Proposed Consent Order for Substitution of Attorney at ECF No. 86. Upon review of the submission, the request to substitute counsel is hereby **GRANTED**. The Clerk of Court is respectfully requested to terminate Brian Newman, Esq., of Bluestein, Shapiro, Rich & Barone, LLP, as counsel of record for Defendant Concrete Properties, LLC.

**SO ORDERED.**

**Dated**:  Jan. 13, 2022
        New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**