**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/14/2022__

------------------------------------------------------------x

Alfonso Emilio, et al.,          :
                                 :
                    Plaintiffs,  :
                                 :
        -against-                :          1:19-CV-8761 (ALC)
                                 :
Quicken Loans, Inc., et al.,     :          <u>**ORDER TO RESPOND**</u>
                                 :
                    Defendants.  :
                                 :

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the letter motion and supplemental letter motion dated December 28, 2021 (ECF No. 78) and January 11, 2022 (ECF No. 87), respectively, from Defendant Concrete Properties, LLC seeking a conference with the Court. To date, Plaintiffs have not responded to the letter motions. Accordingly, Plaintiffs are **ORDERED** to respond to Defendant's letter motions no later than **January 28, 2022**. Defendants are directed to serve a copy of this Order on Plaintiffs and not service on the docket.

**SO ORDERED.**

**Dated:** Jan. 14, 2022
**New York, New York**

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**