| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------x<br>AMELIO ET AL.,<br>                          **Plaintiffs,**<br><br>           -against-<br><br>QUICKEN LOANS, INC. ET AL.,<br>                        **Defendants.**<br>-------------------------------------------------------------x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: __3/22/2022__<br><br>1:19-CV-08761 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court previously granted Plaintiffs' pre-motion conference letter regarding its anticipated motion to amend. *See* ECF No. 121. The pre-motion conference will be held on **March 30, 2022 at 12:00PM ET**. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660). Members of the public and the press can use the same dial-in information. Defendants are directed to serve a copy of this Order on Plaintiffs, and file proof of service on ECF, by **March 24, 2022**.

SO ORDERED.

Dated:    **March 22, 2022**
               New York, New York

                                                            **ANDREW L. CARTER, JR.**
                                                             **United States District Judge**