UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
ALFONSO AMELIO AND CARMINE AMELIO,

                 **Plaintiffs,**

   -against-

MCCABE, WEISBERG & CONWAY, P.C.; FEIN, SUCH & CRANE LLP; SETERUS, INC.; OCWEN LOAN SERVICING, LLC; ONEWEST BANK, N.A.; QUICKEN LOANS, INC.; FEDERAL NATIONAL MORTGAGE ASSOCIATION; CONCRETE PROPERTIES, LLC; AND SANDELANDS EYET LLP.,

                 **Defendants.**

**19-CV-8761 (ALC)**

**ORDER**

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

      The Court grants Plaintiffs leave to file the Third Amended Complaint as submitted at ECF No. 129. Defendants are granted leave to filed renewed motions to dismiss, as proposed in Defendants' Joint Letter of June 1, 2022. ECF No. 130.

      Further, Plaintiffs' motion for entry of default judgment against Concrete Properties, LLC is DENIED. ECF No. 73. Concrete Properties, LLC's request for a pre-motion conference for a motion to vacate default / motion to dismiss is DENIED. ECF Nos. 78 and 87. The request for leave to file the motion to dismiss, however, is GRANTED.

      The briefing schedule for each Defendant's motion to dismiss the Third Amended Complaint will be as follows:

- Motion to Dismiss Third Amended Complaint Due: **October 20, 2022**
- Plaintiffs' Opposition Due: **November 21, 2022**
- Defendants' Replies (if any) Due: **December 12, 2022**

The Clerk of Court is respectfully directed to terminate ECF Nos. 73, 76, 78, 80, 87, 91, 95, 98.

**SO ORDERED.**

**Dated:**     **New York, New York**
         **September 28, 2022**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**