UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
ALFONSO AMELIO AND CARMINE AMELIO,   :
                                     :
                    Plaintiffs,      :
                                     :     19-CV-8761 (ALC)
    -against-                        :
                                     :     **ORDER**
MCCABE, WEISBERG & CONWAY, P.C.; FEIN, :
SUCH & CRANE LLP; SETERUS, INC.; OCWEN :
LOAN SERVICING, LLC; ONEWEST BANK, N.A.; :
QUICKEN LOANS, INC.; FEDERAL NATIONAL :
MORTGAGE ASSOCIATION; CONCRETE       :
PROPERTIES, LLC; AND SANDELANDS EYET :
LLP.,                                :
                                     :
                    Defendants.      x
------------------------------------------------------------------

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Plaintiffs' request for an extension, and Defendants' response to same. ECF Nos. 159 and 160. **Plaintiff is granted an extension of time to file their opposition to Defendants' motions to dismiss, with the new deadline set to February 2, 2023.** Defendants' deadline to file their replies will be set to February 23, 2023.

The Court urges Plaintiff to proceed diligently as additional extensions may not be readily granted. In addition, in order to ensure that this case is able to reach a resolution without undue delay, any additional extensions will be capped at 1 week in duration, barring extreme circumstances.

SO ORDERED.

Dated:    New York, New York
          January 12, 2023

                                        _____
                                              ANDREW L. CARTER, JR.
                                              United States District Judge