UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
ALFONSO AMELIO AND CARMINE AMELIO,       :
                                          :
                          **Plaintiffs,**       :
                                          :       **19-CV-8761 (ALC)**
     -against-                         :
                                          :       **ORDER**
MCCABE, WEISBERG & CONWAY, P.C.; FEIN,   :
SUCH & CRANE LLP; SETERUS, INC.; OCWEN   :
LOAN SERVICING, LLC; ONEWEST BANK, N.A.; :
QUICKEN LOANS, INC.; FEDERAL NATIONAL    :
MORTGAGE ASSOCIATION; CONCRETE           :
PROPERTIES, LLC; AND SANDELANDS EYET     :
LLP.,                                     :
                                          :
                          **Defendants.**      x
------------------------------------------------------------------

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of Plaintiffs' request for an extension. ECF No. 162.

      The Court grants Plaintiff an extension to February 13, 2023. If Plaintiff is unable to file his response to the Motions to Dismiss by that time, the Court will grant one final extension until February 20, 2023. At that time, the Court will consider Defendants' motions to dismiss as unopposed.

      Defendants' deadline to file their replies will be set to March 3, 2023.

**SO ORDERED.**

Dated:     **New York, New York**
            **February 7, 2023**

                                                  _/s/ Andrew L. Carter_
                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**