UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
ALFONSO AMELIO AND CARMINE AMELIO,                :
                                                  :
              **Plaintiffs,**          :
                                                  :       1:19-CV-08761
                                                  :       (ALC)
      -against-                                :
                                                  :       **ORDER**
MCCABE, WEISBERG & CONWAY, P.C.; FEIN,            :
SUCH & CRANE LLP; SETERUS, INC.; OCWEN            :
LOAN SERVICING, LLC; ONEWEST BANK, N.A.;          :
QUICKEN LOANS, INC.; FEDERAL NATIONAL             :
MORTGAGE ASSOCIATION; CONCRETE                    :
PROPERTIES, LLC; AND SANDELANDS EYET              :
LLP.,                                             :
                                                  :
              **Defendants.**         x
--------------------------------------------------------------------
**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Plaintiff's notice of bankruptcy in the Middle District of Florida and automatic stay from Plaintiff Carmine P. Amelio. ECF No. 184.

      The parties are hereby ORDERED to respond with letters explaining whether and why the stay applies to this case. The parties' letters are due no later than **April 24, 2023**.

**SO ORDERED.**

**Dated:**    **April 18, 2023**
            **New York, New York**

                                                                             _____
                                                                         **ANDREW L. CARTER, JR.**
                                                                         **United States District Judge**