**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X
ALFONSO AMELIO and CARMINE AMELIO,

               Plaintiffs,

-against-                                     19 **CIVIL** 8761 (ALC)

                                                      **JUDGMENT**

MCCABE, WEISBERG & CONWAY, P.C.; FEIN,
SUCH & CRANE LLP; SETERUS, INC.; OCWEN
LOAN SERVICING, LLC; ONEWEST BANK, N.A.;
QUICKEN LOANS, INC.; FEDERAL NATIONAL
MORTGAGE ASSOCIATION; CONCRETE
PROPERTIES, LLC; and SANDELANDS EYET LLP,

               Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 29, 2023, Plaintiff's claims must be dismissed for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. The Court need not reach Defendants' other arguments and grounds for dismissal. Defendants' motions to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      September 29, 2023

                                                  **RUBY J. KRAJICK**
                                                   **Clerk of Court**

                         **BY:**
                                                   **Deputy Clerk**