UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALFONSO AMELIO and CARMINE AMELIO,

                *Plaintiffs*,

-against-

MCCABE, WEISBERG & CONWAY, P.C.; FEIN, SUCH & CRANE LLP; SETERUS, INC.; OCWEN LOAN SERVICING, LLC; ONEWEST BANK, N.A.; QUICKEN LOANS, INC.; FEDERAL NATIONAL MORTGAGE ASSOCIATION; CONCRETE PROPERTIES, LLC; and SANDELANDS EYET LLP,

                *Defendants*.

1:19-CV-08761 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Plaintiff's filing dated December 8, 2023, ECF No. 214. The Court will construe Plaintiffs' filing as their reply in support of their motion for reconsideration, ECF No. 192. Plaintiff did not file a pre-motion conference letter requesting to move for sanctions in compliance with my Individual Practices. Therefore, Plaintiffs' apparent claim for motion for sanctions and request for judicial notice is improper and is **DENIED**. Plaintiffs' motion for reconsideration remains pending.

**SO ORDERED.**

Dated: December 18, 2023
       New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**